# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158929

JAMIE PIKE,
      Plaintiff-Appellee,

v

                                           SC: 158929
                                           COA: 336455

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.
                                           Wayne CC: 16-000062-NF

_____/

     On order of the Court, the application for leave to appeal the November 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



a0529
                                             Clerk